## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

MANUEL PANTOJA, individually and on behalf
of all similarly situated plan participant/beneficiary

       Plaintiff,

-vs-                 Case No.  2:11-mc-111-FtM-29SPC

EDWARD ZENGEL & SONS EXPRESS, Inc.,
MARIE ZENGEL
       Defendants.
_____

## ORDER

    This matter comes before the Court *sua sponte*.  The Court notes that counsel for Plaintiff Manuel Pantoja, Sina Negahbani, is not admitted to practice in the Middle District of Florida.  That being the case, he may not file any pleadings in this matter until he is sworn in.  Mr. Negahbani is set to be sworn in to this Court on Monday, March 7, 2011.  Therefore, his obligation to comply with the Court's previous Order (Doc. #2) directing him to file a response to the pending Motion to Quash by March 3, 2011 at 5:00pm is vacated.  Plaintiff shall have up to and including March 11, 2011 to file his response.  In the meantime, the Parties are encouraged to continue to meet and confer in an effort to resolve the issues raised in the Motion to Quash.

    Accordingly, it is now

    **ORDERED:**

    The Court's February 25, 2011 Order (Doc. #2) is hereby vacated.  Plaintiff's counsel Sina Negahbani shall have up to and including **March 11, 2011** to file a response to the pending Motion

to Quash (Doc. #1).  The Court will thereafter rule on the Motion in due course.

      **DONE AND ORDERED** at Fort Myers, Florida, this   2nd    day of March, 2011.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record