UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MANUEL PANTOJA, individually and on behalf
of all similarly situated plan participant/beneficiary

                            Plaintiff,

-vs-                                                    Case No.  2:11-mc-00006-FtM-29SPC

EDWARD ZENGEL & SONS EXPRESS, Inc.,
MARIE ZENGEL
                          Defendants.
_____

**ORDER**

      This matter comes before the Court on Defendant's Objection and Expedited Motion for Protective Order and/or Motion to Quash Non-Party Subpoenas (Doc. #1) filed on February 25, 2011.  Defendant requests the entry of a protective order by this Court that would protect certain non-parties from Plaintiff's document subpoenas.  Since that time, the Parties have informed the Court that whether certain document productions will take place depends on a ruling in the underlying proceeding regarding class certification, which is pending in the Southern District of Florida.  Any determination in those proceedings could possibly moot the Motion for Protective Order before this Court.  The magistrate judge in the underlying proceeding has issued a report and recommendation on the class certification issue, but it has not been addressed by the district court.  Therefore, the Parties have jointly requested six extensions of the deadline for Plaintiff to respond to the instant Motion, with the most recent extension being until August 29, 2011.  No extension request or response was filed by this deadline.

Given that the resolution of the instant Motion hinges on the class certification findings that will be made in the underlying proceeding and given that it is unclear when the underlying proceedings regarding class certification will be resolved, the Court finds good cause to grant the motion for protective order at this time and any obligation of Pension Consultants & Administrators, Inc. to product documents is stayed. Plaintiff may move this Court to compel production of the documentation if necessary after a ruling from the Southern District of Florida.

Accordingly, it is now

**ORDERED:**

Defendant's Objection and Expedited Motion for Protective Order and/or Motion to Quash Non-Party Subpoenas (Doc. #1) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   1st    day of September, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record